

**MEMO ENDORSED**

T | (646) 790.3108
E | ALEX @ SAKIN-LAW.COM
W | SAKIN-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2020

80 BROAD STREET
SUITE 703
NEW YORK, NY
10004 - 2203

December 3, 2020

**BY ECF**
Hon. Valerie Caproni
U.S. District Court
Southern District of New York
40 Foley Square
New York, 10007

    Re:    *Izard* et al. *v. Quest Energy Corp.* et al., 20-CV-8608

Dear Judge Caproni:

    I represent Plaintiffs and write, with the consent of opposing counsel, to respectfully request an adjournment of the Initial Case Management Conference scheduled for December 11, 2020, to January 8 or January 15, 2021. This adjournment is necessary to accommodate the parties' settlement discussions, which are ongoing, and which may result in the resolution of this matter.

    There have been no previous requests for the adjournment of this date.

                                             Respectfully,

                                             Alexander Sakin

cc: Thomas Atkinson, Esq. (opposing counsel)

---

Application GRANTED. The initial pretrial conference is adjourned to **January 15, 2021 at 10:30 a.m.** The parties must appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 8608. The parties' joint submission is due by **January 7, 2021.**

SO ORDERED.

*[signature: Valerie Caproni]*

12/3/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE