USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JAMES J. IZARD, JOHN J. KRASKA, JAMES
RIVER INSURANCE COMPANY, LTD.,
JAMES RUSSELL REID, HENRY U. HARRIS
III, and EDWARD R. STETTINIUS,

                        Plaintiffs,

               -against-

QUEST ENERGY CORPORATION,
SAMUEL COAL COMPANY, INC.,
MARK C. JENSEN, AND THOMAS M.
SAUVEY,

                        Defendants.
-------------------------------------------------------------- X

20-cv-8608 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 9, 2021, a pretrial conference was held;

    IT IS HEREBY ORDERED THAT:

1. Plaintiffs' motion for summary judgment is due **October 1, 2021**. Defendants' opposition is due **October 29, 2021**. Plaintiffs' reply is due **November 12, 2021**.

2. No later than **September 15, 2021**, Defendants must inform Plaintiffs and the Court if they intend to cross-move for summary judgment. If Defendants intend to cross-move, Plaintiffs' motion for summary judgment is due **October 1, 2021**. Defendants' response and cross motion for summary judgment is due **October 29, 2021**. Plaintiffs' response to Defendants' cross-motion and reply in support of their motion is due **December 3, 2021**. Defendants' reply is due **December 17, 2021.**

3. A referral to the Magistrate Judge for a settlement conference will be entered separately.

**SO ORDERED.**

**Date: July 9, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**