

**T** | (646) 790.3108
**E** | ALEX @ SAKIN-LAW.COM
**W** | SAKIN-LAW.COM

80 BROAD STREET
SUITE 703
NEW YORK, NY
10004 - 2203

**MEMORANDUM ENDORSEMENT**

July 22, 2021

<u>BY ECF</u>
Hon. Gabriel W. Gorenstein
U.S. District Court
Southern District of New York
500 Pearl St.
New York, 10007

     Re:    *Izard* et al. *v. Quest Energy Corp.* et al., 20-CV-8608

Dear Judge Gorenstein:

     We represent Plaintiffs and write, with the consent of Defendants, to respectfully request an adjournment of the settlement conference, currently scheduled for July 30, 2021, to August 27, 2021.

     Following the pre-trial conference held before the Hon. Valerie Caproni on July 9, 2021, the parties have resumed settlement discussions, and hope to achieve resolution without the need for a conference.  Of course, should settlement talks fail, we would be happy to avail ourselves of Your Honor's assistance.

     Finally, I seek the Court's permission to have only one of the six Plaintiffs participate at any settlement conference before Your Honor.  Any such arrangement would be conditioned on that person having obtained authority to settle the matter from his or her five co-plaintiffs.

     We appreciate the Court's assistance, and are available at the Court's convenience.

Respectfully,

Alexander Sakin

**In light of this letter, the settlement conference is adjourned sine die. The parties should write when they are prepared to participate in a settlement conference with the Court, and a conference will be scheduled promptly thereafter.  All deadlines in this case remain in effect. With respect to any request to change the settlement conference procedures, please comply with the instructions in Docket # 37 (page 2).**

**So Ordered.**

GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 22, 2021

2